# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA
# TUCSON DIVISION

| | | |
|---|---|---|
| In re: LOPEZ, RICHARD MICHEAL | § | Case No. 4:10-26974-EWH |
|       LOPEZ, JACQUELINE MARTINEZ | § | |
|       dba, ESSENTIAL CLEANING SOLUTIONS | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Gayle E. Mills, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $140,617.12      Assets Exempt: $185,030.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,283.92      Claims Discharged
    Without Payment: $80,770.86

Total Expenses of Administration: $691.08

---

    3) Total gross receipts of $ 1,975.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,975.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $189,316.00 | $17,535.39 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 691.08 | 691.08 | 691.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 82,128.68 | 62,656.10 | 62,656.10 | 1,283.92 |
| **TOTAL DISBURSEMENTS** | $271,444.68 | $80,882.57 | $63,347.18 | $1,975.00 |

4) This case was originally filed under Chapter 7 on August 25, 2010. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/28/2013           By: /s/Gayle E. Mills
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 1,975.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,975.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ally Financial, fka GMAC, Inc. | 4110-000 | 18,012.00 | 17,535.39 | 0.00 | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 171,304.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$189,316.00** | **$17,535.39** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gayle E. Mills | 2200-000 | N/A | 22.33 | 22.33 | 22.33 |
| Gayle E. Mills | 2100-000 | N/A | 493.75 | 493.75 | 493.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $691.08 | $691.08 | $691.08 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | IRS-CENTRALIZED INSOLVENCY OPERATIONS | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Midland Funding LLC | 7100-000 | 888.00 | 811.45 | 811.45 | 16.63 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 952.00 | 952.25 | 952.25 | 19.51 |
| 4 | FIA CARD SERVICES / BANK OF AMERICA | 7100-000 | 2,938.00 | 2,938.33 | 2,938.33 | 60.21 |
| 5 | FIA CARD SERVICES / BANK OF AMERICA | 7100-000 | 14,037.00 | 14,037.40 | 14,037.40 | 287.65 |
| 6 | Ford Motor Credit Company LLC | 7100-000 | 3,323.00 | 3,323.85 | 3,323.85 | 68.11 |
| 7 | Capital One N.A. | 7100-000 | 605.00 | 605.15 | 605.15 | 12.40 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Truwest Credit Union | 7100-000 | 39,987.00 | 39,987.67 | 39,987.67 | 819.41 |
| NOTFILED | Ford Motor Credit Company | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Healthcare Coll Inc | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | COX COMMUNICATIONS | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Best Buy | 7100-000 | 1,630.00 | N/A | N/A | 0.00 |
| NOTFILED | Hlthcare Col | 7100-000 | 296.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 433.00 | N/A | N/A | 0.00 |
| NOTFILED | Truwest Credit Union | 7100-000 | 499.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 875.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Service Bur | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | JC PENNEY | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 6,330.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Service Bur | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Bureau Of Med Econcs | 7100-000 | 238.00 | N/A | N/A | 0.00 |
| NOTFILED | CARE CREDIT | 7100-000 | 5,400.68 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services, Inc. c/o Allied Interstate | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Service Bur | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | Arizona Department of Revenue Special Operations | 7100-000 | 587.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$82,128.68** | **$62,656.10** | **$62,656.10** | **$1,283.92** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 4:10-26974-EWH  
**Case Name:** LOPEZ, RICHARD MICHEAL  
  LOPEZ, JACQUELINE MARTINEZ  
**Period Ending:** 10/28/13

**Trustee:** (240310) Gayle E. Mills  
**Filed (f) or Converted (c):** 08/25/10 (f)  
**§341(a) Meeting Date:** 10/01/10  
**Claims Bar Date:** 09/12/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE | 104,000.00 | 0.00 | | 0.00 | FA |
| 2 | M&I Bank Checking account xxxx2798 | 12.08 | 0.00 | | 0.00 | FA |
| 3 | First Bank Checking account xxxx5162 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | First Bank Savings account xxxx | 0.04 | 0.04 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 1,900.00 | 0.00 | | 0.00 | FA |
| 6 | T.V. Stand, Sofa table | 90.00 | 90.00 | | 0.00 | FA |
| 7 | Family pictures | 50.00 | 50.00 | | 0.00 | FA |
| 8 | 10- Misc. reading books | 30.00 | 0.00 | | 0.00 | FA |
| 9 | 10 Misc. movie dvds | 50.00 | 50.00 | | 0.00 | FA |
| 10 | Husband's clothing and shoes | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Wife's clothing and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Husband's wedding ring | 250.00 | 0.00 | | 0.00 | FA |
| 13 | Wife's costume jewlery | 20.00 | 20.00 | | 0.00 | FA |
| 14 | Husband's watch | 15.00 | 0.00 | | 0.00 | FA |
| 15 | 2 - Snowboards, weight set and broken camcorder<br>  LIttle resale value. | 400.00 | 400.00 | | 0.00 | FA |
| 16 | Husband's term life insurance through work | 0.00 | Unknown | | 0.00 | FA |
| 17 | Wife's term life insurance through husband's emp | 0.00 | Unknown | | 0.00 | FA |
| 18 | 401(k) - Hewitt<br>  Fully exempted | 9,330.00 | 0.00 | | 0.00 | FA |
| 19 | dba Essential Cleaning Solutions | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 2006 Mazda MPV LX-SV Minivan 4D 107,000 Miles<br>  Fair condition Kelly Blue Book -Private Party Value | 5,450.00 | 450.00 | | 0.00 | FA |
| 21 | 2008 GMC Sierra 1500 Extend Cab SLE Pickup 36,00<br>   Fair condition Kelley Blue Book - Private Party<br>  Value | 17,690.00 | 0.00 | | 0.00 | FA |
| 22 | Destop computer, monitor, printer and other comp | 200.00 | 0.00 | | 0.00 | FA |
| 23 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 300.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 4:10-26974-EWH | **Trustee:** | (240310) | Gayle E. Mills |
| **Case Name:** | LOPEZ, RICHARD MICHEAL | **Filed (f) or Converted (c):** | 08/25/10 (f) | |
| | LOPEZ, JACQUELINE MARTINEZ | **§341(a) Meeting Date:** | 10/01/10 | |
| **Period Ending:** | 10/28/13 | **Claims Bar Date:** | 09/12/12 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Basic cleaning supplies: mop, broom, vacuum, misc. cleaners, polisher, bath cleaning accessories, etc. | | | | | |
| 24  HOUSEHOLD GOODS AND FURNISHINGS  Patio table with 4 chairs ($100.00); Small handtools with box ($30.00) | 130.00 | 130.00 | | 0.00 | FA |
| 25  TAX REFUNDS (u)  2010 tax refunds (BK portion of Federal, no State refund) | Unknown | 1,975.00 | | 1,975.00 | FA |
| 25  Assets  Totals (Excluding unknown values) | **$140,617.12** | **$3,165.04** | | **$1,975.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

2010 tax asset / Funds Pending.

Debtors to repay BK portion of 2010 tax refund with $100 per month and then balance when receive their 2011 tax refund.

1/12/12: Atty. substitution to: Angela Wilson-Goodman

04/27/12: rec'd. third $100. payment / to TR assist. to monitor for full payment by end of May or needs reminder letter to them.

05/24/12: Sent demand letter to Debtors/ copied to atty. for balance due = $1,675.00

6/11/12: Requested CBD

07/12/13: Filed TFR with Court.

08/08/13: Lodged Pay Order with Court.

**Initial Projected Date Of Final Report (TFR):**   October 25, 2011     **Current Projected Date Of Final Report (TFR):**   May 29, 2013 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 4:10-26974-EWH | **Trustee:** | Gayle E. Mills (240310) | |
| **Case Name:** | LOPEZ, RICHARD MICHEAL | **Bank Name:** | The Bank of New York Mellon | |
| | LOPEZ, JACQUELINE MARTINEZ | **Account:** | ****-******36-66 - Checking Account | |
| **Taxpayer ID #:** | **-***4191 | **Blanket Bond:** | $72,661,955.00 (per case limit) | |
| **Period Ending:** | 10/28/13 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/24/12 | {25} | Jacqueline Lopez | to repay 2010 tax refund | 1224-000 | 100.00 | | 100.00 |
| 02/24/12 | {25} | Jacqueline Lopez | to repay 2010 tax refund | 1224-000 | 100.00 | | 200.00 |
| 04/27/12 | {25} | Jacqueline Lopez | to repay 2010 tax refunds | 1224-000 | 100.00 | | 300.00 |
| 06/05/12 | {25} | Richard M. Lopez | repayment of tax refunds | 1224-000 | 300.00 | | 600.00 |
| 06/08/12 | {25} | Jacqueline Lopez | repayment of tax refund | 1224-000 | 400.00 | | 1,000.00 |
| 06/28/12 | {25} | Jacqueline Lopez | repayment of tax refunds | 1224-000 | 200.00 | | 1,200.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,175.00 |
| 08/08/12 | {25} | Richard and Jacqueline Lopez | repayment of tax refunds | 1224-000 | 375.00 | | 1,550.00 |
| 08/08/12 | {25} | Jacqueline Lopez | repayment of tax refunds | 1224-000 | 400.00 | | 1,950.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,925.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,900.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,875.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,850.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001024031088 20121220 | 9999-000 | | 1,850.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,975.00** | **1,975.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 1,850.00 | |
| | | | **Subtotal** | | **1,975.00** | **125.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,975.00** | **$125.00** | |

{} Asset reference(s)  Printed: 10/28/2013 12:18 PM  V.13.13

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 4:10-26974-EWH | | Trustee: | Gayle E. Mills (240310) |
|---|---|---|---|---|
| Case Name: | LOPEZ, RICHARD MICHEAL | | Bank Name: | Rabobank, N.A. |
| | LOPEZ, JACQUELINE MARTINEZ | | Account: | ******9166 - Checking Account |
| Taxpayer ID #: | **-***4191 | | Blanket Bond: | $72,661,955.00 (per case limit) |
| Period Ending: | 10/28/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,850.00 | | 1,850.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,840.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,830.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,820.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,810.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,800.00 |
| 08/15/13 | 10101 | Gayle E. Mills | Trustee Expenses | 2200-000 | | 22.33 | 1,777.67 |
| 08/15/13 | 10102 | Gayle E. Mills | Trustee Compensation | 2100-000 | | 493.75 | 1,283.92 |
| 08/15/13 | 10103 | Midland Funding LLC | Acct. No. 9712 / OLD NAVY | 7100-000 | | 16.63 | 1,267.29 |
| 08/15/13 | 10104 | Quantum3 Group LLC as agent for | Acct. No. 9125 / VICTORIAS SECRET | 7100-000 | | 19.51 | 1,247.78 |
| 08/15/13 | 10105 | FIA CARD SERVICES / BANK OF AMERICA | Acct. No. 7788 / 9598 | 7100-000 | | 60.21 | 1,187.57 |
| 08/15/13 | 10106 | FIA CARD SERVICES / BANK OF AMERICA | Acct. No. 4670 / 8430 | 7100-000 | | 287.65 | 899.92 |
| 08/15/13 | 10107 | Ford Motor Credit Company LLC | Acct. No. 2221 DEFICIENCY BAL. | 7100-000 | | 68.11 | 831.81 |
| 08/15/13 | 10108 | Capital One N.A. | Acct. No. 9121 / BEST BUY | 7100-000 | | 12.40 | 819.41 |
| 08/15/13 | 10109 | Truwest Credit Union | Acct. No. 0158 L.O.C. | 7100-000 | | 819.41 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,850.00 | 1,850.00 | $0.00 |
| | | | Less: Bank Transfers | | 1,850.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,850.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $1,850.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******36-66 | 1,975.00 | 125.00 | 0.00 |
| Checking # ******9166 | 0.00 | 1,850.00 | 0.00 |
| | $1,975.00 | $1,975.00 | $0.00 |